IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-60693
_____

ZORRI N. RUSH,

    Plaintiff - Appellant

v.

BUDGET CAR AND TRUCK RENTAL OF MEMPHIS,

    Defendant - Appellee

_____

Appeal from the United States District Court for the
Southern District of Mississippi
_____

**A True Copy**
**Certified order issued Oct 21, 2019**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of October 21, 2019, for want of prosecution. The appellant failed to timely pay the fee.

                        LYLE W. CAYCE
                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

                        *Allison Lopez*

                        By: _____
                        Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT